# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA CHRISTINE RAFFANTI DUNBAR,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:24-cv-01200-SAB<br><br>ORDER RE STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 8) |

Plaintiff Amanda Christine Raffanti Dunbar filed this action on October 4, 2024 challenging the Commissioner of Social Security's final decision denying her application for Social Security Benefits. The parties have consented to the jurisdiction of the United States magistrate judge and this matter has been reassigned to the undersigned for all purposes. (ECF Nos. 4, 5, 6.) On December 3, 2024, a stipulation for voluntary remand was filed in this action. (ECF No. 8.)

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1. This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation to remand (ECF No. 8);

2. All pending dates and matters are VACATED; and

/ / /

/ / /

1

3. Judgment is ENTERED in favor of Plaintiff Amanda Christine Raffanti Dunbar and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **December 3, 2024**

STANLEY A. BOONE
United States Magistrate Judge