# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA CHRISTINE RAFFANTI DUNBAR,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:24-cv-01200-SAB<br><br>ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(ECF No. 11) |

On March 5, 2025, the parties filed a stipulation for the award and payment of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412(d) and costs pursuant to 28 U.S.C. § 1920.  (ECF No. 11.)

Accordingly, subject to the terms of the stipulation, Plaintiff is awarded attorney fees in the amount of SEVEN HUNDRED FIFTY-FIVE DOLLARS AND 52/100 ($755.52) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED FIVE DOLLARS AND ZERO CENTS ($405.00) under 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated: **March 6, 2025**

                                        STANLEY A. BOONE<br>
                                      United States Magistrate Judge